# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

RUBBERMAID COMMERCIAL PRODUCTS, LLC
Plaintiff(s)

Civil Action No.: _____

V.

ROCHESTER MIDLAND CORPORIATION, ET AL
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

Pursuant to Standing Order entered May 15, 2000.

Rubbermaid Commercial Products, LLC          who is   Plaintiff
(Name of party you represent)                          (Plaintiff/Defendant)

makes the following disclosure:

1.   Is the party a publicly held corporation or other publicly held entity?
     ☐ YES                    ☒ NO

2.   Does the party have any parent corporations?
     ☒ YES                    ☐ NO

     If yes, identify all parent corporations, including grandparent and great grandparent corporations:

     Newell Rubbermaid Inc.; Rubbermaid Inc.

3.   Is 10 percent or more of party's stock owned by a publicly held corporation or other publicly held entity?
     ☐ YES                    ☐ NO    Not applicable

     If yes, identify all such owners:

4.   Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
     ☐ YES                    ☒ NO

     If yes, identify entity and nature of interest:

5.   Is the party a trade association?
     ☐ YES                    ☒ NO

     If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of a party's stock:

/s/ David E. Finkelson                          October 19, 2011
(Signature)                                      (Date)